℁AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

____Northern____ District of ____California____

Dwight Johnson
          Plaintiff (s),
V.
Nationwide Mutual Insurance Company
          Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV11 02913 HRL

Notice is hereby given that, subject to approval by the court, __Nationwide Mutual Insurance Co.__ substitutes
                                                                        (Party (s) Name)

__Renee Welze Livingston__, State Bar No. __124280__ as counsel of record in
(Name of New Attorney)

place of __Karyne T. Ghantous of Ghantous Law Corporation__
             (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:         Livingston Law Firm
    Address:            1600 S. Main St., Ste. 280, Walnut Creek, California 94596
    Telephone:        (925) 952-9880       Facsimile (925) 952-9881
    E-Mail (Optional):   rlivingston@livingstonlawyers.com

I consent to the above substitution.
Date: 10/5/11

I consent to being substituted.
Date: 10/14/11

I consent to the above substitution.
Date: 10/4/2011

Nationwide Mutual Insurance Company
_____
(Signature of Party (s))

Karyne T. Ghantous
_____
(Signature of Former Attorney (s))

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: **October 17, 2011**

_____
Howard R. Lloyd
United States Magistrate Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

**C11-02913 HRL** **Notice will be electronically mailed to:**

| | |
|---|---|
| Frank Edward Mayo | fmayolaw@aol.com |
| Karyne T. Ghantous | tandjshaddle@netzero.com |
| Renee Welze Livingston | rlivingston@livingstonlawyers.com |
| James P. Schuck | jschuck@bricker.com |
| Quintin F. Lindsmith | qlindsmith@bricker.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

United States District Court
For the Northern District of California