** E-filed October 17, 2011 **

AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | District of | California |
|---|---|---|

Dwight Johnson

Plaintiff (s),

V.

Nationwide Mutual Insurance Company

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER:  CV11 02913 HRL

Notice is hereby given that, subject to approval by the court,   Nationwide Mutual Insurance Co.   substitutes
(Party (s) Name)

Crystal L. Van Der Putten   , State Bar No.  227262   as counsel of record in
(Name of New Attorney)

place of   Karyne T. Ghantous of Ghantous Law Corporation
(Name of Attorney (s) Withdrawing Appearance)

Contact Information for new counsel is as follows:

Firm Name:   Livingston Law Firm

Address:   1800 S. Main St., Ste. 280, Walnut Creek, California 94596

Telephone:   (925) 952-8880   Facsimile   (925) 952-8881

E-Mail (Optional):   cvanderputten@livingstonlawyers.com

I consent to the above substitution.

Date:   10/5/11

I consent to being substituted.

Date:   10/14/11

I consent to the above substitution.

Date:   10/4/2011

Nationwide Mutual Insurance Company

(Signature of Party (s))

Karyne T. Ghantous

(Signature of Former Attorney (s))

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   October 17, 2011

Howard R. Lloyd                    Judge

United States Magistrate Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

**United States District Court**
For the Northern District of California

1 | **C11-02913 HRL** N**otice will be electronically mailed to:**

2 | Frank Edward Mayo                  fmayolaw@aol.com
Karyne T. Ghantous              tandjshaddle@netzero.com

3 | Renee Welze Livingston         rlivingston@livingstonlawyers.com
James P. Schuck                    jschuck@bricker.com

4 | Quintin F. Lindsmith            qlindsmith@bricker.com

5 | **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28